The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.K and M.S.,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, *et. al.*<br><br>Defendants. | Case No. 2:26-cv-02338-JLR<br><br>STIPULATED MOTION AND ORDER TO DENY DEFENDANTS' MOTION TO DISMISS AS MOOT AND FOR BRIEFING SCHEDULE<br><br>NOTED FOR CONSIDERATION: OCTOBER 1, 2026 |

Through this stipulated motion, the parties ask this Court to: (1) deny Defendants' Motion to Dismiss (Dkt. 9) as moot and (2) enter the proposed briefing schedule below for the parties' anticipated motion practice.

BACKGROUND

Plaintiffs filed this APA/mandamus action on July 3, 2026, asking this Court to order United States Citizenship and Immigration Service to adjudicate Plaintiffs' pending Form I-730 amongst other relief. Dkt. 1. On September 8, 2026, Defendants filed a motion to dismiss. Dkt. 9. In response, Plaintiffs filed an Amended Complaint and Response to the Motion to Dismiss on September 29, 2026. Dkts. 13 and 14. Plaintiffs' Amended Complaint, however, moots Defendants' Motion to Dismiss. *Zimmerman v. PeaceHealth,* 701 F. Supp. 3d 1099, 1108 (W.D.



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Wash. 2023) (citing *Oliver v. Alcoa, Inc.*, No. 16-741-JLR, 2016 WL 4734310, at *2 n.3 (W.D. Wash. Sept. 12, 2016) and *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992)).

REQUEST FOR ORDER

Because Defendants' Motion to Dismiss is moot, the parties stipulate that it should be denied as moot so this case may proceed on the Amended Complaint. In lieu, the parties anticipate filing motions concerning the Amended Complaint. In the interests of judicial economy and conserving the parties' resources, the parties have met and conferred on the briefing schedule proposed below, which they ask the Court to enter.

| Filing | Deadline |
| --- | --- |
| • Defendants' Motion to Dismiss | October 16, 2026 |
| • Plaintiffs' Response to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment | October 30, 2026 |
| • Defendants' Reply to Response to Motion to Dismiss and Response to Plaintiffs' Cross-Motion for Summary Judgment | November 13, 2026 |
| • Plaintiffs' Reply to Defendants' Response to Cross-Motion for Summary Judgment | November 20, 2026 |

Dated this 1st day of October, 2026.

Respectfully submitted,

s/ James C. Strong
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 276 words in compliance with the Local Civil Rules

LAW OFFICES OF BART KLEIN

s/ Bart Klein
Bart Klein, WSBA #10909
Attorney for Plaintiffs
605 First Avenue, Suite 500
Seattle, WA 98104
(206) 755-5651 cell
(206) 624-3787 office
(206) 238-9975 fax
bart.klein@bartklein.com

*Attorney for Plaintiffs*

~~PROPOSED~~ ORDER

Based on the stipulation of the parties, the Court GRANTS the motion. The Court DENIES Defendant's Motion to Dismiss (Dkt. 9) as moot. The Court further enters the following briefing schedule for the parties' anticipated cross-motions concerning the Amended Complaint (Dkt. 13).

| <u>Filing</u> | <u>Deadline</u> |
| --- | --- |
| Defendants' Motion to Dismiss | October 16, 2026 |
| Plaintiffs' Response to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment | October 30, 2026 |
| Defendants' Reply to Response to Motion to Dismiss and Response to Plaintiffs' Cross-Motion for Summary Judgment | November 13, 2026 |
| Plaintiffs' Reply to Defendants' Response to Cross-Motion for Summary Judgment | November 20, 2026 |

IT IS SO ORDERED

Dated this 1st day of October, 2026



JAMES L. ROBART
United States District Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970